CHRISTOPHER SCOTT, Appellant, v ROCKAWAY PRATT, LLC, Respondent.

Submitted February 22, 2011; decided March 24, 2011

Motion for poor person relief granted.

In the Matter of WORLD TRADE CENTER BOMBING LITIGATION.

STEERING COMMITTEE et al., Respondents, v PORT AUTHORITY OF NEW YORK AND NEW JERSEY, Appellant.

Submitted March 21, 2011; decided March 24, 2011

Motion by Defense Association of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

Chief Judge LIPPMAN taking no part.